**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THONGSONE LOUANGAMATH,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,**<br><br>**Respondents.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. CIV-26-2953-R** |

**ORDER**

Respondents Moved to Dismiss [Doc. No. 7] Mr. Louangamath's Petition [Doc. No. 1] as moot because he's since been removed from the United States to Laos. The Court notes that "a petitioner's release from custody does not automatically moot a habeas petition." *Lorance v. Commandant, U.S. Disciplinary Barracks*, 13 F.4th 1150, 1153 (10th Cir. 2021); *see Abedi v. Carter*, No. 25-3179, 2026 WL 3149141 (10th Cir. Oct. 21, 2026). But where the only possible collateral consequences a petitioner faces "stem[] from [their] removal order, not [their] detention," the petition is moot and the Court lacks jurisdiction. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006). So the Court GRANTS the Motion.

Accordingly, the Court DISMISSES Mr. Louangamath's Petition.

IT IS SO ORDERED this 13th day of November 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**